## LISA K. MASSAD *v.* SARAH J. GREAVES

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 672 (AC 30194), is denied.

*Richard M. Franchi*, in support of the petition.

Decided October 14, 2009